IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 24-145 |
| | ) |
| SLIPPERY ROCK UNIVERSITY OF PENNSYLVANIA, HOLLY MCCOY, and KEITH DILS, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 7th day of July 2025, following the telephonic Post-Discovery Status Conference held today in this case, IT IS HEREBY ORDERED as follows:

Motions for summary judgment shall comply with Local Rule 56, and the parties shall adhere to the following schedule: all motions for summary judgment shall be filed by **October 1, 2025**; all responses thereto shall be filed no later than **October 30, 2025**; and all replies shall be filed no later than **November 13, 2025**.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All Counsel of Record